# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ROY FRENCH, | No. CV 07-6783 FMC (CW) |
|     Petitioner, | JUDGMENT |
| v. | |
| NORM KRAMER, | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED: June 22, 2009

*/s/ Florence-Marie Cooper*
FLORENCE-MARIE COOPER
United States District Judge